

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,761-32

### IN RE HELEN TYNE MAYFIELD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NOS. 07-05453-CFR-361, 07-05454-CFR-361,
07-05455-CFR-361, and 07-05456-CFR-361
IN THE 361ST DISTRICT COURT
FROM BRAZOS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. She contends, among other things, that she filed applications for writs of habeas corpus in the 361st District Court of Brazos County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Brazos County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting a copy of a timely filed order which designates issues to be

investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed any applications for a writ of habeas corpus in Brazos County since the writ applications filed on October 6, 2017. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas applications and that the 180-day time frame set out in TEX. R. APP. P. 73.4(b)(5) has not expired shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 20, 2019

Do not publish